

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FIREMAN'S FUND INSURANCE COMPANY,



**SUMMONS IN A CIVIL CASE**

V.

DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY and DOES 1 through 10

CASE NUMBER:

**CV 08   3079**

**BZ**

TO: (Name and address of defendant)
DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY
c/o Karen Harris
2730 Gateway Oaks Drive
Sacramento, CA 95833

BY FAX

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David W. Gordon, Esq.
KENNEY & MARKOWITZ L.L.P.
255 California Street, Ste. 1300
San Francisco, CA  94111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JUN 2 5 2008

MARY ANN BUCKLEY

(BY) DEPUTY CLERK

NDCA0440

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                          *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.