| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| David W Gordon, 71003<br>KENNEY & MARKOWITZ<br>255 California St.<br>San Francisco, CA 94111 | (415) 397-3100 | |
| ATTORNEY FOR *(Name)*: Plaintiff | Ref. No. or File No.<br>601171 | |

Insert name of court, judicial district or branch court, if any:

United States District Court for the Northern District of Califo
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Fireman's Fund Ins. Co.

DEFENDANT:

Discover Property & Casualty Ins. Co.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV08 3079 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Civil Case Cover Sheet, Order Settingb CMC, Pubic Notice, Notice of Assignment

2. Party Served:           Discovery Property & Casualty Insurance Company           **BY FAX**

3. Person Served:          CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery:     July 14, 2008           2:13 pm

5. Address, City and State:     2730 Gateway Oaks Drive
                                Sacramento, CA 95833

6. Manner of Service:           Personal Service - By personally delivering copies.

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.:2008-43

Gina Ahmed
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on July 14, 2008 at Sacramento, California.

Signature: _____

Gina Ahmed

FF# 6666368