UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br>        Plaintiff(s),<br>v.<br>DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY and DOES 1 thr<br>        Defendant(s). | No. C CV-08-3079<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: July 24, 2008

KENNEY & MARKOWITZ L.L.P.

_/s/ David W. Gordon_
Signature    DAVID W. GORDON

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

NDC-06