**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**July 25, 2008**

**CASE NUMBER: CV 08-03079 BZ**
**CASE TITLE: FIREMAN'S FUND INS CO-v-DISCOVER PROPERTY & CASUALTY**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable WILLIAM H. ALSUP** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 7/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 7/25/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA