CHAPMAN, POPIK & WHITE, LLP
Renee C. Callantine, State Bar No. 155991
Jonathan Gregory, State Bar No. 215003
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Defendant
DISCOVER PROPERTY & CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:08-cv-03079-WHA <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING MEDIATION DEADLINE** <br><br> Hon. William H. Alsup |

The parties, through their counsel of record, agree and stipulate as follows:

1. The appointed mediator in this matter, Charles R. Ragan, has agreed that mediation should be conducted after the hearing on the parties' cross-motions for summary judgment.

2. Since the parties have not yet completed said cross-motions for summary judgment the hearing has not yet been scheduled and, consequently, the parties need a further extension on the deadline to complete mediation.

3. Copies of this proposed stipulation and order have been emailed to the mediator (cragan@rdrw.com) as well as the ADR Case Administrator (Claudia_forehand

@cand.uscourts.gov).

Dated: March 19, 2009

CHAPMAN POPIK & WHITE LLP

By: /s/ Renee Callantine
Renee Callantine
Attorneys for Defendant Discover Property
and Casualty Insurance Co.

Dated: March 19, 2009

KENNEY & MARKOWITZ LLP

By: /s/ David Gordon
David Gordon
Attorneys for Plaintiff Fireman's Fund
Insurance Company

ORDER

Pursuant to the stipulation above, the mediation deadline is extended to June 30, 2009.

DATED: March 25, 2009

_____
The Honorable Judge William Alsup

IT IS SO ORDERED