IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | No. C 08-03079 WHA |
| Plaintiff, | |
| v. | **ORDER RE REQUEST TO EXTEND DISCOVERY CUTOFF** |
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

The parties have requested to move the deadlines for non-expert discovery and expert disclosures from May 1, 2009 to August 14, 2009. The parties would like to put off additional discovery until after the Court rules on motions for summary judgment that have not yet been filed. This Court, however, has an interest in the action proceeding according to the previously set deadlines and without delay. Because good cause has not been shown, the parties' request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 22, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE