```
 1  CHAPMAN, POPIK & WHITE, LLP
    Renee C. Callantine, State Bar No. 155991
 2  Jonathan Gregory, State Bar No. 215003
    650 California Street, 19th Floor
 3  San Francisco, CA  94108
    Telephone: (415) 352-3000
 4  Facsimile: (415) 352-3030

 5
    Attorneys for Defendant
 6  DISCOVER PROPERTY & CASUALTY
    INSURANCE COMPANY
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY, | Case No. 3:08-cv-03079-WHA |
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DISCOVERY CUTOFF** |
| v. | |
| DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, | Hon. William H. Alsup |
| Defendant. | |

The parties, through their counsel of record, agree and stipulate as follows:

1. The parties are in the process of completing the limited discovery they believe must be performed prior to filing motions for summary judgment/adjudication.

2. The parties will need to conduct additional discovery if defendant Discover Property & Casualty Company's anticipated motion for summary judgment is denied; however, the parties believe that it is a more efficient use of time and money to wait until the court rules on the cross motions for summary judgment/adjudication before conducting discovery that is not pertinent to those motions. The parties anticipate that it will take three months after receiving a

1 | ruling to complete any additional discovery.

2 | 3. The parties thereby jointly request that the court extend the discovery cutoff and the deadline for expert disclosures (including expert reports) in this matter, both of which are presently scheduled for May 1, 2009, to August 14, 2009. The trial in this matter is presently scheduled for September 14, 2009.

Dated: April 20, 2009

CHAPMAN POPIK & WHITE LLP

By: _____
Renee Callantine
Attorneys for Defendant Discover Property
and Casualty Insurance Co.

Dated: April 20, 2009

KENNEY & MARKOWITZ LLP

By: _____
David Gordon
Attorneys for Plaintiff Fireman's Fund
Insurance Company

ORDER

Pursuant to the stipulation above, the discovery deadline and expert disclosure deadline is extended to August 14, 2009.

DATED: May 6, 2009

IT IS SO ORDERED
Judge William Alsup

The _____ H. Alsup