IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>   v.<br><br>DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>              Defendant.<br>                                                            / | No. C 08-03079 WHA<br><br>**ORDER RE SCHEDULE FOR DISPOSITIVE MOTIONS** |

  The Court has been generous in granting continuances for discovery based upon counsel's heart condition. Now counsel requests a postponement in summary judgment practice. Some postponement can be tolerated within the schedule but the trial date can not be moved. One reason is that the Court has a large extensive criminal case starting a few weeks thereafter and the trial calendar for 2010 is already solidly booked.

  The Court will allow a postponement of summary judgment practice but only provided that the normal 35-day track be compressed as follows:

    Opening memoranda are due on July 30, 2009;

    Oppositions are due on August 10, 2009;

    Replies are due on August 14, 2009;

The hearing will be on **AUGUST 20, 2009 AT 8 A.M.** The trial date will remain on **SEPTEMBER 14, 2009** and the final pre-trial conference will be on **SEPTEMBER 4, 2009 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: June 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2