CHAPMAN, POPIK & WHITE, LLP
Renee C. Callantine, State Bar No. 155991
Jonathan Gregory, State Bar No. 215003
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for Defendant
DISCOVER PROPERTY & CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:08-cv-03079-WHA<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING MEDIATION DEADLINE**<br><br>Hon. William H. Alsup |

The parties, through their counsel of record, agree and stipulate as follows:

1. The appointed mediator in this matter, Charles R. Ragan, has agreed that mediation should be conducted after the hearing on the parties' cross-motions for summary judgment.

2. The parties requested and recently received another extension on the deadline to file their cross-motions for summary judgment and the hearing has been rescheduled to August 20, 2009. Consequently, the parties need a further extension on the deadline to complete mediation.

///

///

3. Copies of this proposed stipulation and order have been emailed to the mediator (cragan@rdrw.com) as well as the ADR Case Administrator (Claudia_forehand @cand.uscourts.gov).

Dated: July 2, 2009   CHAPMAN POPIK & WHITE LLP

By: _____
Jonathan Gregory
Attorneys for Defendant Discover Property
and Casualty Insurance Co.

Dated: July 2, 2009   KENNEY & MARKOWITZ LLP

By: _____
David Gordon
Attorneys for Plaintiff Fireman's Fund
Insurance Company

ORDER

Pursuant to the stipulation above, the mediation deadline is extended to August 31, 2009.

DATED: August 3, 2009

_____
The Honorable William Alsup

IT IS SO ORDERED
Judge William Alsup